No. 99–9275. VILLARREAL *v.* EMA. C. A. 11th Cir. Certiorari denied.

No. 99–9277. ZARWELL *v.* MARYLAND ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 99–9286. COOK *v.* MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–9287. MARTINEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9291. TOWNS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9295. RAMOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9299. PARKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9304. CLIFTON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9315. FRANKLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9319. MIKAYELYAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9322. MYERS, AKA PARKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9325. CHOATE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9328. BLAIR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9331. WOODHOUSE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9332. WHITEFORD *v.* REED ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–9333. KOYNOK *v.* SCIULLO & GOODYEAR. Super. Ct. Pa. Certiorari denied.